SEALED

FILED

MAR - 3 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. |
| Plaintiff, ) | 2:11-cr-0101 WBS |
| v. ) | |
| SEALED, ) | |
| Defendant. ) | |

SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above-referenced case shall be sealed until further order of the Court.

DATED:

3-3-2011

_____
HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge

1