# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**SEALED**

**FILED**
MAR 22 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By_____
DEPUTY CLERK

UNITED STATES OF AMERICA )
v. ) CR NO: 2:11-0101 WBS
)
DIONISIO "Danny" ROBLES PADILLA )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum      ☐ Ad Testificandum.

Name of Detainee: **DIONISIO "Danny" ROBLES PADILLA**

Detained at (custodian): **Solano County Jail** (Fairfield Facility)

Detainee is: a.) ☒ charged in this district by:
    ☒ Indictment      ☐ Information      ☐ Complaint
    Charging Detainee With: 21 **U.S.C. § 841(a)(1) - Distribution of Methamphetamine (2 Counts)**
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: _____
Printed Name & Phone No.: **JILL M. THOMAS (916) 554-2781**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

    ☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

March 22, 2011
Date

**GREGORY G. HOLLOWS**
United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | "Danny" Robles Padilla | Male ☒ | Female ☐ |
| Booking or CDC #: | | DOB: | 07/10/1969 |
| Facility Address: | Solano County Jail (Fairfield Facility) | Race: | |
| | 530 Union Drive Fairfield, 94533 | FBI #: | |
| Facility Phone: | (707) 421-7110 | | |
| Currently Incarcerated For | Ca H&S 11378 - Possession for sale of Controlled Substance | | |

---

**RETURN OF SERVICE**

Executed on _____ by _____ _____
                                                                                  (Signature)

Form Crim-48                                                                                                                                     Revised 11/19/97