BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>DIONISIO "Danny" ROBLES PADILLA, and<br>NELSON MAURICIO PONCE VASQUEZ,<br><br>      Defendants. | D.C. NO. 2-11-CR-0101 WBS<br><br>APPLICATION AND ORDER<br>FOR UNSEALING INDICTMENT |

On March 3, 2011, the indictment was filed in the above-referenced case. Since defendant Dionisio Robles Padilla has now been arrested, it is no longer necessary for the indictment to be sealed. The government respectfully requests that the indictment be unsealed.

DATED: April 13, 2011

                                BENJAMIN B. WAGNER
                                United States Attorney

                          By:  /s/ Jill M. Thomas
                                JILL M. THOMAS
                                Assistant U.S. Attorney

<u>ORDER</u>

SO ORDERED:

DATED: April 13, 2011

                                /s/ Craig M. Kellison
                                HON. CRAIG M. KELLISON
                                U.S. Magistrate Judge