```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DIONISIO ROBLES PADILLA
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DIONISIO ROBLES PADILLA,<br><br>　　　　Defendant. | Case No. 11-101 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE TO JUNE 6, 2011, AT 8:30 A.M.<br><br>Date:　May 16, 2011<br>Time:　8:30 a.m.<br>Judge: Hon. William B. Shubb |

　　　THE PARTIES STIPULATE, through counsel, Jill M. Thomas, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Padilla, that the Court vacate the status conference scheduled for May 16, 2011, at 8:30 a.m., and reset it for June 6, 2011, at 8:30 a.m.

　　　Defense counsel requires the continuance to review discovery and confer with Mr. Padilla.

　　　The parties further stipulate that the Court should exclude the period from the date of this order through June 6, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr.

Stipulation and [Proposed] Order　　　　　　　　　　　　　　　　　　11-101 WBS

1

Padilla's request for a continuance outweigh the best interest of the public and Mr. Padilla in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: May 9, 2011          Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ M.Petrik
_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender
Attorneys for Defendant

Dated: May 9, 2011          BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for Jill M. Thomas
_____
JILL M. THOMAS
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on June 6, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

DATED: May 9, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE