```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DIONISIO ROBLES PADILLA
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  v.<br><br>DIONISIO ROBLES PADILLA,<br><br>           Defendant. | Case No. 11-101 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE TO JULY 5, 2011, AT 8:30 A.M.<br><br>Date:  June 6, 2011<br>Time:  8:30 a.m.<br>Judge: Hon. William B. Shubb |

THE PARTIES STIPULATE, through counsel, Jill M. Thomas, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Padilla, that the Court vacate the status conference scheduled for June 6, 2011, at 8:30 a.m., and reset it for July 5, 2011, at 8:30 a.m.

Defense counsel requires the continuance to review discovery and confer with Mr. Padilla.

The parties further stipulate that the Court should exclude the period from the date of this order through July 7, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr.

1  Padilla's request for a continuance outweigh the best interest of the
2  public and Mr. Padilla in a speedy trial, and that this is an
3  appropriate exclusion of time for defense preparation within the
4  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: June 2, 2011                    Respectfully submitted,

                                       DANIEL BRODERICK
                                       Federal Defender

                                       /s/ M.Petrik
                                       _____
                                       MICHAEL PETRIK, Jr.
                                       Assistant Federal Defender
                                       Attorneys for Defendant


Dated: June 2, 2011                    BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ M.Petrik for Jill M. Thomas
                                       _____
                                       JILL M. THOMAS
                                       Assistant U.S. Attorney


**ORDER**

**IT IS SO ORDERED.**  The Court orders time excluded from the date of this order through the status conference on July 5, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).  The status conference scheduled for June 6, 2011, at 8:30 a.m. is reset for July 5, 2011, at 8:30 a.m.

DATED:  June 2, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order                                11-101 WBS