```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DIONISIO ROBLES PADILLA
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>DIONISIO ROBLES PADILLA,<br><br>        Defendant. | Case No. 11-101 WBS<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE TO AUGUST 22, 2011, AT 8:30 A.M.<br><br>Date:  July 25, 2011<br>Time:  8:30 a.m.<br>Judge: Hon. William B. Shubb |

THE PARTIES STIPULATE, through counsel, Jill M. Thomas, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Padilla, that the Court vacate the status conference scheduled for July 25, 2011, at 8:30 a.m., and reset it for August 22, 2011, at 8:30 a.m.

Defense counsel requires the continuance to review discovery and confer with Mr. Padilla.

The parties further stipulate that the Court should exclude the period from the date of this order through August 22, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr.

Stipulation and [Proposed] Order                                            11-101 WBS

1

Padilla's request for a continuance outweigh the best interest of the public and Mr. Padilla in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: July 19, 2011                    Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ M.Petrik
                                        _____
                                        MICHAEL PETRIK, Jr.
                                        Assistant Federal Defender
                                        Attorneys for Defendant

Dated: July 19, 2011                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ M.Petrik for Jill M. Thomas
                                        _____
                                        JILL M. THOMAS
                                        Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on August 22, 2011, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4). The Court also finds that the ends of justice served by granting Mr. Padilla's request for a continuance outweigh the best interest of the public and Mr. Padilla in a speedy trial.

DATED:  July 20, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order                                    11-101 WBS

2