```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DIONISIO ROBLES PADILLA
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIONISIO ROBLES PADILLA, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No. 11-101 WBS <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE TO SEPTEMBER 12, 2011, AT 8:30 A.M. <br><br> Date:  August 22, 2011 <br> Time:  8:30 a.m. <br> Judge: Hon. William B. Shubb |

   THE PARTIES STIPULATE, through counsel, Jill M. Thomas, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Padilla, that the Court vacate the status conference scheduled for August 22, 2011, at 8:30 a.m., and reset it for September 12, 2011, at 8:30 a.m.

   Defense counsel requires the continuance to review discovery and confer with Mr. Padilla.

   The parties further stipulate that the Court should exclude the period from the date of this order through September 12, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The

Stipulation and [Proposed] Order                                         11-101 WBS

1

1  parties stipulate that the ends of justice served by granting Mr.
2  Padilla's request for a continuance outweigh the best interest of the
3  public and Mr. Padilla in a speedy trial, and that this is an
4  appropriate exclusion of time for defense preparation within the
5  meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).
6  Dated: August 16, 2011                  Respectfully submitted,

7                                          DANIEL BRODERICK
                                           Federal Defender
8
                                           /s/ M.Petrik
9                                          _____
                                           MICHAEL PETRIK, Jr.
10                                         Assistant Federal Defender
                                           Attorneys for Defendant
11

12 Dated: August 16, 2011                  BENJAMIN B. WAGNER
                                           United States Attorney
13
                                           /s/ M.Petrik for Jill M. Thomas
14                                         _____
                                           JILL M. THOMAS
15                                         Assistant U.S. Attorney

16                                **ORDER**

17      **IT IS SO ORDERED.**  The Court orders time excluded from the date of
18 this order through the status conference on September 12, 2011,
19 pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4).  The Court also
20 finds that the ends of justice served by granting Mr. Padilla's request
21 for a continuance outweigh the best interest of the public and Mr.
22 Padilla in a speedy trial.
23 DATED:  August 17, 2011
24
                    _____
25                  WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE
26

27

28 Stipulation and [Proposed] Order                              11-101 WBS
                                     2