```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    DIONISIO ROBLES PADILLA
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>DIONISIO ROBLES PADILLA,<br><br>             Defendant.<br>_____ | Case No. 11-101 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE TO SEPTEMBER 26, 2011, AT 8:30 A.M.<br><br>Date:  September 12, 2011<br>Time:  8:30 a.m.<br>Judge: Hon. William B. Shubb |

THE PARTIES STIPULATE, through counsel, Jill M. Thomas, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Padilla, that the Court vacate the status conference scheduled for September 12, 2011, at 8:30 a.m., and reset it for September 26, 2011, at 8:30 a.m.

Defense counsel requires the continuance to review discovery and confer with Mr. Padilla.

The parties further stipulate that the Court should exclude the period from the date of this order through September 26, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The

Stipulation and [Proposed] Order                                        11-101 WBS
                                       1

parties stipulate that the ends of justice served by granting Mr. Padilla's request for a continuance outweigh the best interest of the public and Mr. Padilla in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: September 9, 2011          Respectfully submitted,

                                  DANIEL BRODERICK
                                  Federal Defender

                                  /s/ M.Petrik
                                  _____
                                  MICHAEL PETRIK, Jr.
                                  Assistant Federal Defender
                                  Attorneys for Defendant

Dated: September 9, 2011          BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ M.Petrik for Jill M. Thomas
                                  _____
                                  JILL M. THOMAS
                                  Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on September 26, 2011, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4). The Court also finds that the ends of justice served by granting Mr. Padilla's request for a continuance outweigh the best interest of the public and Mr. Padilla in a speedy trial.

DATED: September 9, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order                                    11-101 WBS

2