UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 11-101 WBS |
| ) | |
| Plaintiff, ) | ORDER TO ALLOW MR. PADILLA TO |
| ) | APPEAR IN STREET CLOTHES DURING |
| v. ) | THE TRIAL |
| ) | |
| DIONISIO ROBLES PADILLA, ) | Date:   January 10, 2012 |
| ) | Time:   9:00 a.m. |
| Defendant. ) | Judge: Hon. William B. Shubb |
| _____ ) | |

FOR THE REASONS STATED in the attached motion, the Court orders that Mr. Padilla be permitted to appear in street clothes during all stages of his trial which take place in the presence of the jury. Mr. Padilla will supply the clothing to the United States Marshal, who shall make the necessary arrangements for him to change into such clothes prior to each court appearance beginning January 11, 2012.

Dated:   January 9, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE