GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for DIONISIO ROBLES PADILLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>DIONISIO ROBLES PADILLA,<br><br>          Defendant. | 2:11-CR-101-WBS<br><br>STIPULATION AND ~~PROPOSED~~ ORDER VACATING DATE, CONTINUING CASE AND EXCLUDING TIME<br><br>Date  : 4/09/12<br>Time  : 9:30 a.m.<br>Court : Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and among Plaintiff United States of America, through Assistant United States Attorney Jill M. Thomas, and Defendant Dionisio Robles Padilla, through his counsel, Gilbert A. Roque, that the Status Conference scheduled for March 5, 2012, at 9:30 a.m., be vacated and the matter be continued to April 9, 2012, at 9:30 a.m., before the Honorable William B. Shubb. This continuance is requested by the defense in order to permit further defense investigation.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* be tolled pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), Local Code T-4 (time to prepare), and that the ends of justice served in granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: February 27, 2012  /s/ Gilbert A. Roque
                          GILBERT A. ROQUE, Attorney for
                          DIONISIO ROBLES PADILLA, Defendant

1

DATED: February 27, 2012          /s/ Jill M. Thomas
JILL M. THOMAS
Assistant United States Attorney
Attorney for Plaintiff

## ORDER

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, and orders that the time from the date of the parties' stipulation, February 27, 2012, up to and including the new Status Conference, April 9, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (reasonable time for defense counsel to prepare).

It is further ordered that the March 5, 2012, Status Conference is vacated and shall be continued until April 9, 2012, at 9:30 a.m.

**IT IS SO ORDERED.**

DATED: February 28, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE