1  GILBERT A. ROQUE
   Attorney at Law
2  California State Bar Number 074966
   913 Court Street
3  Woodland, California 95695
   (530) 666-1935
4
   Attorney for DIONISIO ROBLES PADILLA
5

6                  UNITED STATES DISTRICT COURT

7                  EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,        )   2:11-CR-101-WBS
9                                   )
                Plaintiff,           )   STIPULATION AND ~~PROPOSED~~
10                                   )   ORDER VACATING DATE,
                                    )   CONTINUING CASE AND
11                                   )   EXCLUDING TIME
   vs.                              )
12                                   )   Date  : 6/04/12
   DIONISIO ROBLES PADILLA,         )   Time  : 9:30 a.m.
13                                   )   Court : Hon. William B. Shubb
                Defendant.           )
14  _____  )

15     **IT IS HEREBY STIPULATED** by and among Plaintiff United States of America, through

16  Assistant United States Attorney Jill M. Thomas, and Defendant Dionisio Robles Padilla,

17  through his counsel, Gilbert A. Roque, that the Status Conference scheduled for April 9, 2012,

18  at 9:30 a.m., be vacated and the matter be continued to June 4, 2012, at 9:30 a.m., before the

19  Honorable William B. Shubb.  This continuance is requested by the defense in order to permit

20  further defense preparation.

21     **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C.

22  § 3161 *et seq.* be tolled pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), Local Code T-4

23  (time to prepare), and that the ends of justice served in granting the continuance outweigh the

24  best interests of the public and the defendant in a speedy trial.

25     **IT IS SO STIPULATED.**

26                              Respectfully submitted,

27  DATED: April 2, 2012        /s/ Gilbert A. Roque
                                GILBERT A. ROQUE, Attorney for
28                              DIONISIO ROBLES PADILLA, Defendant

                                 1

DATED: April 2, 2012                /s/ Jill M. Thomas
                                    JILL M. THOMAS
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

## ORDER

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties, the Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, and orders that the time from the date of the parties' stipulation, April 2, 2012, up to and including the new Status Conference, June 4, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (reasonable time for defense counsel to prepare).

It is further ordered that the April 9, 2012, Status Conference is vacated and shall be continued until June 4, 2012, at 9:30 a.m.

**IT IS SO ORDERED.**

DATED:     April 5, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2