BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DIONISIO ROBLES PADILLA, AND<br>NELSON MAURICIO PONCE VAZQUEZ,<br><br>          Defendants. | CASE NO. CR S 2:11-CR00101 WBS<br><br>STIPULATION AND [PROPOSED] ORDER |

      The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Jill M. Thomas, Assistant United States Attorney, defendant Dionisio Robles Padilla, through his counsel of record, Michael L. Chastaine, and defendant Nelson Mauricio Ponce Vazquez, through his counsel of record, Barry L. Morris, hereby stipulate and agree to the following revised briefing schedule and trial date.

      1.      By previous order, this matter was set for jury trial on March 11, 2014.

      2.      By this stipulation, the parties move to continue the trial date until April 22, 2014, vacating the current trial date of March 11, 2014, set a new motion briefing schedule, and to exclude time between September 9, 2013 through the proposed new trial date of April 22, 2014.  Time had already been excluded from September 9, 2013 through March 11, 2014 under Local Code T4.  For the

Stipulation and [Proposed Order}       1

purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period, therefore, between September 9, 2013 to April 22, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) [Local Code T4]. With the current motions pending, exclusion of time pursuant to the Speedy Trial Act under 18 U.S.C.§ 3161(h)()(D)(Local Code E, pretrial motions) is also appropriate.  This requested continuance also seeks the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.  The proposed schedule is as follows:

1. Government's response shall be filed no later than February 21, 2014;
2. Defendant's reply, if any, shall be filed no later than March 7, 2014;
3. Motion Hearing and Trial Confirmation Hearing March 24, 2014 at 9:30 a.m.;
4. Trial to commence April 22, 2014 at 9:00 a.m. (government counsel is unavailable on April 25, 2014).

The parties stipulate to the revised motion schedule and new trial date.

IT IS SO STIPULATED.

BENJAMIN B. WAGNER
United States Attorney

Dated: January 29, 2014    By:    /s/ Jill M. Thomas
JILL M. THOMAS
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: January 29, 2014    By:    /s/ Michael L. Chastaine
MICHAEL L. CHASTAINE
Attorney for Defendant
Dionisio Robles Padilla

Dated: January 29, 2014    By:    /s/ Barry L. Morris
BARRY L. MORRIS
Attorney for Defendant
Nelson Mauricio Ponce Vazquez

## ORDER

Based on the above stipulation, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act. For the reasons set forth above, the revised motion schedule and new trial date are adopted.

Dated: January 29, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE