BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
CHRISTOPHER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>DIONISIO ROBLES PADILLA, AND<br>NELSON MAURICIO PONCE VAZQUEZ,<br><br>             Defendants. | CASE NO.  CR S 2:11-CR00101 WBS<br><br>STIPULATION AND [PROPOSED] ORDER |

      The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Jill M. Thomas and Christopher S. Hales, Assistant United States Attorneys, and defendant Nelson Mauricio Ponce Vazquez, through his counsel of record, Barry L. Morris, hereby stipulate and agree:

      1.      By previous order, this matter was set for jury trial on April 22, 2014.

      2.      Defense filed a motion on January 21, 2014, which contained three separate arguments/requests/motions.

      3.      The Government's response to the motions is currently due by February 21, 2014.

      4.      The motion hearing date is set for March 24, 2014.

     The government is prepared to file two of its response motions on February 21, 2014.  By stipulation and agreement of all parties, the government requests an additional week, to February 28,

2014, to file its third response motion regarding defendant Vazquez's Federal Rules of Criminal Procedure 17c subpoena request. All other dates in the motion schedule shall remain the same.

1. Defendant's reply, if any, shall be filed no later than March 7, 2014;
2. Motion Hearing and Trial Confirmation Hearing March 24, 2014 at 9:30 a.m.;
3. Trial to commence April 22, 2014 at 9:00 a.m. (government counsel is unavailable on April 25, 2014)

IT IS SO STIPULATED.

BENJAMIN B. WAGNER
United States Attorney

Dated: February 20, 2014   By:   /s/ Jill M. Thomas
JILL M. THOMAS
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: February 20, 2014   By:   /s/ Barry L. Morris
BARRY L. MORRIS
Attorney for Defendant
Nelson Mauricio Ponce Vazquez

## ORDER

For the reasons set forth above, the government's request to file its third response motion to defendant Vazquez's Federal Rules of Criminal Procedure 17c subpoena request on February 28, 2014, is granted.

Dated: February 21, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE