BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-101-WBS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| DIONISIO "DANNY" ROBLES PADILLA and NELSON MAURICIO PONCE VAZQUEZ,, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's Request to Seal, IT IS HEREBY ORDERED that (1) the Government's Notice of Name of Confidential Informant, and (2) the government's Request to Seal, together totaling three (3) pages, shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government and the Court.

Dated: April 10, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE