UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NELSON MAURICIO PONCE VASQUEZ,<br><br>　　　　Defendant. | CR. NO. 2:11-101 WBS<br><br>ORDER |

----oo0oo----

On April 10, 2014, the court granted defendant Nelson Mauricio Ponce Vasquez's motion to dismiss the Indictment for violation of his Sixth Amendment right to a speedy trial. (Docket No. 111.) On April 21, 2014, the co-defendant in this case, Dionisio Robles Padilla, plead guilty to distribution of methamphetamine in violation of 28 U.S.C. § 841(a)(1). During the plea colloquy, Padilla told the court that he had called Vasquez at a number he had on a work order previously provided to him by Vasquez to request delivery of methamphetamine on August 18, 2010.

1

1          The government has now seized upon the statements made
2 by Padilla in that colloquy to move for reconsideration of the
3 court's April 10, 2014 Order.  However, because Vasquez was not a
4 party to that proceeding, he was neither present nor represented
5 by counsel at that proceeding, nor does the court have any
6 assurance that Padilla would give the same testimony, or any
7 testimony for that matter, at trial if the court granted the
8 government's motion for reconsideration.  If the government wants
9 to rely on Padilla's testimony in seeking reconsideration of the
10 court's April 10, 2014 Order, the government must produce Padilla
11 for an evidentiary hearing at which Vasquez is entitled to be
12 present and Padilla may be subjected to cross-examination.
13          This matter is therefore set for evidentiary hearing on
14 May 27, 2014, at 10:00 a.m.  The government shall produce Padilla
15 and make him available for cross-examination by Vasquez's
16 attorney at that time.  Vasquez's attorney shall also be
17 permitted to call any other witnesses or produce any other
18 exhibits in opposition to the government's motion.
19          IT IS SO ORDERED.

Dated:  April 25, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2